IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil No: 1:19-cv-488

| | |
|---|---|
| ANGELA M. BECK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HUGH J. HURWITZ, Acting Director of the Federal Bureau of Prisons of the United States of America, *in his official and individual capacity*; J.A. KELLER, Southeast Regional Director of the Federal Bureau of Prisons, *in his official and individual capacity*; PATRICIA V. BRADLEY, Warden of the Federal Correctional Institute, Aliceville, Alabama, *in her official and individual capacity*; JOHN DOE and JANE DOE, unidentified present and former officers, agents, and/or employees of the Federal Correctional Institute, Aliceville, Alabama; and SEVEN CORNERS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | ) |

_____

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff and all defendants, by and through their undersigned legal counsel, stipulate to the

voluntary dismissal without prejudice of this action. The parties shall bear their own costs and attorneys' fees.

**Dated: July 25, 2019**

**STIPULATED TO BY:**

/s/ Robert M. Elliot
Robert M. Elliot (7709)
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC 27101
Telephone: (336) 724-2828
rmelliot@emplawfirm.com
*Attorney for Plaintiff*

/s/ Joan B. Childs
Joan B. Childs (18100)
Assistant United States Attorney
101 South Edgeworth St., 4th Fl
Greensboro, NC 27401
Telephone: (336) 333-5351
Joan.childs@usdoj.gov
*Attorneys for Defendants Hurwitz, Keller and Bradley in their official capacities and individual capacities*

/s/Nicholas D. Wilson
Nicholas D. Wilson (33064)
Gordon & Rees LLP
421 Fayetteville St., Ste 330
Raleigh, NC 27601
Telephone: (919) 787-4555
nwilson@grsm.com
*Attorney for Defendant Seven Corners, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/Robert M. Elliot
Robert M. Elliot (7709)
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston Salem, North Carolina 27101
Phone: (336) 724-2828
E-Mail: rmelliot@emplawfirm.com